AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

JOHN WITHEROW,

     Petitioner,      JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER:  **3:07-CV-00630-LRH-VPC**

WILLIAM DONAT, et al.,

     Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** with prejudice. **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

  December 4, 2008                                 **LANCE S. WILSON**
                                                         Clerk

                                                          /s/ D. R. Morgan
                                                           Deputy Clerk